UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
NML CAPITAL, LTD., :
                Plaintiff, :
: 08 Civ. 6978 (TPG)
    – against – : 09 Civ. 1707 (TPG)
: 09 Civ. 1708 (TPG)
THE REPUBLIC OF ARGENTINA, :
:
                Defendant. :
:
------------------------------------------------x
:
AURELIUS CAPITAL MASTER, LTD. and :
ACP MASTER, LTD., :
:
: 09 Civ. 8757 (TPG)
                Plaintiffs, : 09 Civ. 10620 (TPG)
:
    – against – :
:
THE REPUBLIC OF ARGENTINA, :
:
               Defendant. :
:
------------------------------------------------x
:
AURELIUS OPPORTUNITIES FUND II, :
LLC and AURELIUS CAPITAL MASTER, :
LTD., : 10 Civ. 1602 (TPG)
: 10 Civ. 3507 (TPG)
                Plaintiffs, : 10 Civ. 3970 (TPG)
: 10 Civ. 8339 (TPG)
    – against – :
:
:
THE REPUBLIC OF ARGENTINA, :
: **(captions continued on**
                Defendant. : **next page)**
:
------------------------------------------------x

```
------------------------------------------------x
                                                :
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                    Plaintiff,                  :    10 Civ. 4101 (TPG)
                                                :    10 Civ. 4782 (TPG)
        - against -                             :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant.                  :
                                                :
------------------------------------------------x
                                                :
OLIFANT FUND, LTD.,                             :
                                                :
                    Plaintiff,                  :    10 Civ. 9587 (TPG)
                                                :
        - against -                             :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant.                  :
                                                :
------------------------------------------------x
                                                :
PABLO ALBERTO VARELA, et al.,                   :
                                                :
                    Plaintiffs,                 :    10 Civ. 5338 (TPG)
                                                :
        - against -                             :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                    Defendant.                  :
                                                :
------------------------------------------------x
```

## **ORDER**

In response to plaintiffs' August 20, 2014 letter requesting an emergency hearing, the court will hold a hearing on August 21, 2014 at 3:00pm.

SO ORDERED.

Dated: New York, New York
       August 21, 2014

                                            Thomas P. Griesa
                                            U. S. District Judge